UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMKRISHNA KC (A-Number: 221-389-962),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-02376-KES-FJS (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART, DENYING MOTION TO DISMISS, AND REQUIRING BOND HEARING WITHIN FOURTEEN (14) DAYS

Docs. 1, 7, 13

Petitioner Ramkrishna KC is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, the assigned magistrate judge issued findings and recommendations that recommended denying respondents' motion to dismiss, granting the habeas petition in part, and ordering respondents to provide petitioner with a bond hearing. Doc. 13. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. On September 8, 2026, respondents filed objections "[f]or the reasons set forth in Respondents' previous briefing." Doc. 14.

Respondents assert that petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(1)(B)(ii). Doc. 7 at 1. Petitioner has been continuously detained since January 3, 2025, a period of more than twenty-one months. *Id.* at 2; Doc. 7-1 at 2. This Court, and numerous district courts, have determined that the unreasonably prolonged detention of individuals such as

petitioner under 8 U.S.C. § 1225(b) without a bond hearing violates the due process clause. *See, e.g.*, *Freitez Lopez v. Warden of Cal. City Det. Ctr.*, No. 1:26-cv-1236 KES SAB (HC), 2026 WL 918069, *4 (E.D. Cal. Apr. 3, 2026); *Mohammed v. Warden of Cal. City Det. Ctr.*, 1:26-cv-00118-DJC-CSK, 2026 WL 192368, *5 (E.D. Cal. Jan. 26, 2026); *Banda v. McAleenan*, 385 F. Supp. 3d 1099, 1020–21 (W.D. Wash. 2019).

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 13, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED in part.
3. Respondents are ORDERED to provide petitioner Ramkrishna KC (A-Number: 221-389-962) with a bond hearing before an immigration judge to be held within fourteen (14) days that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:
    a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and
    b. the IJ should consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.
4. Respondents' motion to dismiss, Doc. 7, is DENIED.
5. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand.
6. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written

notice before the bond hearing.

7. If respondents do not provide petitioner with a bond hearing within fourteen days, then respondents must release him.
8. The Clerk of Court is directed to close this case and enter judgment for petitioner.
9. The Clerk is directed to terminate any remaining motions as moot.
10. The Clerk is directed to serve California City Detention Facility with a copy of this Order.

IT IS SO ORDERED.

Dated: October 16, 2026

UNITED STATES DISTRICT JUDGE